Exhibit 33

Code 648P

JJ32(648P)

To: General Stores Supply Officer
General Stores Supply Office
Oxford Ave. & Martin's Mill Rd.
Philadelphia, Pennsylvania

21 DEC 1948

Subj: Pipe Covering - Non-Availability of.

Ref: (a) GSSO ltr. JJ32(GSO-111)(013420) of 1 December 1948 forwarding bid referral of Reqn 155/153/49.

1. In reply to reference (a) the Bureau offers the following comments:

(a) It is requested that only manufacturers on the acceptable list of Approved Manufacturers be contacted for bids. Bids offered by the Manhattan Lighting Equipment Co. should therefore not be accepted.

(b) The Bureau knows of only one current source for Grade I, Class B (Navy Spec. 32-P-8) light density pipe covering, stock numbers 32-P-1100 through 32-P-1270, namely Paraffine Companies, Inc., and they require from 6 to 8 months to make deliveries.

(c) It is recommended that Navy specification 32-P-8, Grade I, Class A covering, stock numbers 32-P-1275 through 32-P-1292 be substituted for the Grade I, Class B covering listed above. Johns-Manville Sales Corp. Standard Density Pipe Covering is one of several coverings meeting these requirements.

(d) Grade II, Class D covering, stock numbers 33-P-1377-50 through 32-P-1377-210 may also be substituted for the above but is a covering which is difficult to obtain at this time.

(e) It is requested that Federal Specification HH-M-61 pipe covering not be accepted as a substitute for Navy specification 32-P-8 material since the Federal Specification does not include the same rigid tests that are required by Navy specification 32-P-8.

4. TO: Purchase Group

32(648P)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(f)   The Bureau does not recommend deletion of stock numbers 32-P-1100 through 32-P-1270 from the Catalog of Navy Material since these items may be more easily obtained at some future date.

F. G. Law
By Direction of
Chief of Bureau

CC:
648D
564

Prepared by T. W. Styles - Ext. 61403
Typed by E. J. Rishkowski - 12/17/48

- 2 -

4. TO:  Purchase Group

REPRODUCED AT THE NATIONAL ARCHIVES