Exhibit 81

