Exhibit 85



# HOW TO WORK FOR X56 AND LIVE!

A Safety Handbook Containing Trade Reference Charts, Tables, & Diagrams for X56 Employees

PRINTED IN THE PUGET SOUND NAVY YARD

# "How to work for X56 and Live!"

Edited by the Training Office  
Published by the Pipe Shop, X56  
Sponsored by the Safety Office

Name_____

Badge No._____

In case of accident please notify:

Name_____

Address_____

Phone_____

Favorite Flowers_____

Puget Sound Navy Yard  
1944



# TABLE OF CONTENTS
## TRADE CHARTS

| | Page |
|---|---|
| Standard Pipe Sizes, I.P.S., O.D., I.D., Drill and Tap Sizes | 6 |
| Systems Color Marking Chart | 10 |
| Decimal Equivalents | 14 |

### AMERICAN STANDARD FLANGES
| | |
|---|---|
| High Pressure | 18 |
| Low Pressure | 22 |
| 600 Lb. High Pressure | 50 |

### BUREAU OF ENGINEERING BULKHEAD FLANGES
| | |
|---|---|
| High Pressure | 30 |
| Low Pressure | 42 |

### BUREAU OF ENGINEERING STANDARD FLANGES
| | |
|---|---|
| High Pressure | 26 |
| Low Pressure | 34 |

| | |
|---|---|
| Gasket Recommendations | 38, 39 |
| Flange Layout Chart | 44 |
| C. & R. Flanges | 46 |
| Vanstone Flanges | 48 |
| Melting Points | 52 |
| Standard Radii Dies Available | 54 |

# FOREWORD

This handbook is dedicated to YOUR SAFETY.

The contents are the result of close co-operation among Shop X56, your Safety Office, and the Training Office, all of which are directly concerned with your individual safety as well as your productive welfare. It is hoped that this ideal combination has made this book valuable because it teaches both the safety of the individual and the safety of the job.

In addition to these rules, various shop methods, reference charts, and many cartoons have also been included; in short, an effort has been made to make the book interesting enough to keep you Safety minded. We hope this subject will be of sufficient interest to you so that you might never find it necessary to visit the dispensary.

O. D. ADAMS,
Lt. Comdr., U.S.N.R.,
Training Officer.



"YES, BUT WE GET A LOT MORE BLOOD THIS WAY!"

—1—




## GENERAL

Report any unsafe conditions whenever noted.

Do not forget your fellow workers. Make sure they are properly warned or in the clear before proceeding with anything that will affect their safety.

Give special instruction and assistance to new men, or men not familiar with the work.

### Horseplay

Horseplay, wrestling, practical jokes, etc., are prohibited.



"THIS IS WHAT I CALL CARRYING A JOKE TOO FAR!"

### Footing

Watch your step while walking about the job to avoid tripping, stumbling, slipping, and similar hazards. Wipe up oil or slippery spots; turn down or remove protruding nails. During wet weather, use additional caution, particularly with rubber footwear.



"NEVER LOSE YOUR HEAD OVER A NEW ONE!"

### Warning Signs

Warning signs must be obeyed.

Give heed to all danger signs, flags, and notices, and obey them faithfully. Every warning sign means that the danger to which it calls attention really exists.

—2—




Never disturb a danger sign nor a safety flag, tag, or target. If it is no longer needed, get the man who put it there to remove it.

### Piling

In piling material or placing equipment, see that it is securely placed in a stable position to prevent falling.

### Safe Clearance

Do not obstruct passageways, walks, or block entrances or exits when placing or storing material.



In removing pipe, tubes, or similar material, avoid standing in front of pile.



Never walk or stand under suspended loads. Stand well to the side and in the clear.

—3—



Tools and materials must not be left in elevated positions where there is a likelihood of their falling or being knocked off.

Do not enter closed compartments or voids until they have been ventilated and tested by the chemist. Be sure you have a helper present before entering a tank.

"No Smoking" signs are safety precautions; obey them.



ANY CIGARETTE CAN CAUSE IRRITATION — IF SMOKED IN THE WRONG PLACE!

Keep your hands out of your pockets when going up or down stairs. The rail is for your protection. Always keep one hand on it to catch yourself if you stumble or trip.

Avoid crowding or jostling on stairs and in tunnels.

Do not leave tools lying where other can slip on them or trip over them.

Do not work with defective equipment. This includes both your personal tools and government property.

If you see that a workman is in danger of being injured, do not hesitate to tell him. Careful employees recognize dangerous conditions; careless employees find themselves in the hospital.

Beware of an explosion when melting rosin-filled pipe; remove both end plugs; use soft flame (not much air), begin heating at lower end and gradually warm entire pipe. Explosions are also caused by overheating the middle of the pipe before the ends have been cleared.

—4—

Never direct a stream of compressed air at anyone. Using compressed air for cleaning dust from clothing is strictly prohibited.






HORSEPLAY — HOORAY — DISMAY — BOUQUET

Always shut off air at manifold and bleed air hose before disconnecting machine or air hose.

Use dry sand for bending jobs; wet sand causes steam pressure, which will explode dangerously.

Tin will burn through hot copper. Examine tongs and chains for tin spots before using them on hot pipe.

When dismantling a system, make sure that it is shut off, and the valves with pressure behind them have been tagged with the proper warning, dated, and signed by the mechanic in charge of the job. After removing the desired section, block off the open ends.

### FIRST AID AND INJURIES

Learn the location of the first aid station nearest your place of work.

Report to the Yard Dispensary and get First Aid treatment for injuries immediately, no matter how minor.

—5—





STANDARD PIPE

Note: Standard Pipe Threads are Tapered ¾" Per Foot.

| Size I.P.S. | Actual O.D. | Approx. I.D. | Thread Per In. | Tap Drill Size | Clearance Drill Size | Sli. Sold. Fit |
|---|---|---|---|---|---|---|
| ⅛ | 0.405 | 0.270 | 27 | 11/32 | 27/64 | 13/32 |
| ¼ | 0.540 | 0.364 | 18 | 7/16 | 9/16 | 35/64 |
| ⅜ | 0.675 | 0.494 | 18 | 37/64 | 11/16 | 43/64 |
| ½ | 0.840 | 0.623 | 14 | 45/64 | 55/64 | 27/32 |
| ¾ | 1.050 | 0.824 | 14 | 59/64 | 1 1/16 | 1 3/64 |
| 1 | 1.315 | 1.048 | 11½ | 1 9/64 | 1 21/64 | 1 5/16 |
| 1¼ | 1.660 | 1.380 | 11½ | 1 33/64 | 1 43/64 | 1 21/32 |
| 1½ | 1.900 | 1.611 | 11½ | 1½ | 1 59/64 | 1 29/32 |
| 2 | 2.375 | 2.067 | 11½ | 2 13/64 | 2 25/64 | 2⅜ |
| 2½ | 2.875 | 2.468 | 8 | 2½ | 2 29/32 | 2 57/64 |
| 3 | 3.500 | 3.067 | | | | |
| 3½ | 4.000 | 3.548 | | | | |
| 4 | 4.500 | 4.026 | | | | |
| 4½ | 5.000 | 4.508 | | | | |
| 5 | 5.563 | 5.045 | | | | |
| 6 | 6.625 | 6.065 | | | | |
| 7 | 7.625 | 7.023 | | | | |
| 8 | 8.625 | 7.982 | | | | |
| 9 | 9.625 | 8.937 | | | | |
| 10 | 10.75 | 10.019 | | | | |
| 11 | 11.75 | 11.000 | | | | |
| 12 | 12.75 | 12.000 | | | | |

—6—

Do not attempt or allow anyone except a doctor to remove foreign particles from your eyes.

Do not move seriously injured men except to prevent additional injury. Do not change the victim's position any more than necessary.



OVER THE BOW THIS GOOF DID GAZE HIS MIND WANDERED OFF IN A KIND OF A HAZE....

A SLIGHT GUST OF AIR, THE DECK WASN'T THERE

..... AND HOW WE POOSHA UPPA DA DAZE........

Get help—do not attempt to transport him by yourself.

There is an ever-increasing need for knowledge in giving emergency treatment to the injured. Traffic accidents, which often occur in remote places far from medical aid, result in the greatest number of accidental deaths and injuries. Often a life can be saved by immediately instituting some simple treatment. Home and traffic fatalities amount to 132,000 a year. Injuries total up the appalling figure of nearly five million per year.

Everyone should be prepared to give first aid in case of injuries. Take a course in first aid training.

Form the Safety Habit.

—7—


