Exhibit

98

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**MAY 2018**

E-Filing Number: 1805055258

**002400**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| TULLIO L. DELIBERALI | A.W. CHESTERTON INC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 262 KNOLL DRIVE<br>BLACKWOOD  NJ 08012 | 860 SALEM STREET<br>GROVELAND MA 01834 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | ALLEN BRADLEY COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 8020 EXCELSIOR DRIVE SUITE 200<br>MADISON WI 53717 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | AMTICO DIVISION OF AMERICAN BILTRITE |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 57 RIVER STREET<br>WELLSLEY HILLS MA 02181 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION | | |
|---|---|---|---|---|
| 1 | 40 | ☒ Complaint<br>☐ Writ of Summons | ☐ Petition Action<br>☐ Transfer From Other Jurisdictions | ☐ Notice of Appeal |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☒ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

T1 - MASS TORT - ASBESTOS

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED
PRO PROTHY**

MAY **23** 2018

**A. SILIGRINI**

IS CASE SUBJECT TO
COORDINATION ORDER?
YES    NO

---

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>TULLIO L DELIBERALI</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ROBERT E. PAUL | 1608 WALNUT ST<br>SUITE 500<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)735-9200 | (215)735-3888 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 21252 | amazie@prmpclaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| ROBERT PAUL | Wednesday, May 23, 2018, 09:27 am |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. A.W. CHESTERTON INC
   860 SALEM STREET
   GROVELAND MA 01834
2. ALLEN BRADLEY COMPANY
   8020 EXCELSIOR DRIVE SUITE 200
   MADISON WI 53717
3. AMTICO DIVISION OF AMERICAN BILTRITE
   57 RIVER STREET
   WELLSLEY HILLS MA 02181
4. AURORA PUMP C/O LYNETTE JONES
   13515 BALLANTYNE CORPORATE PLA
   CHARLOTTE NC 28277
5. ARMSTRONG INTERNATIONAL
   2081 SOUTHEAST OCEAN BLVD. 4TH FLOOR
   STUART  FL 34996
6. BAYER CROPSCIENCE INC, AS SUCCESSOR TO AMCHEM PRODUCTS, INC.
   2TW ALEXANDER DRIVE
   RESEARCH TRIANGLE PA SC 27709
7. BEAZER EAST (F/K/A KOPPERS) C/O THREE RIVERS MANAGEMENT
   MANOR OAK ONE, SUITE 200 1910 COCHRANE ROAD
   PITTSBURGH PA 15220
8. BF GOODRICH COMPANY
   2730 W. TYVOLA ROAD
   CHARLOTTE NC 28217
9. BLACKMER PUMPS
   1809 CENTURY AVENUE SW
   GRAND RAPIDS MI 49503
10. BUFFALO PUMPS, INC.
    874 OLIVER STREET
    NORTH TONAWANDA NY 14120
11. BW/IP  C/O FLOW SERVICE CORPORATION
    5215 N. O'CONNOR BLVD. SUITE 2300
    IRVING TX 75039
12. CARRIER CORPORATION
    1 CARRIER PLACE
    FARMINGTON CT 06034
13. CBS CORPORATION, FORMERLY WESTINGHOUSE ELECTRIC CORP
    80 STATE STREET
    ALBANY NY 12207
14. CLARK CONTROLLER CO. C/O GTE PRODUCTS OF CONNECTICUT CORPOR
    600 HIDDEN RIDGE
    IRVING TX 75038
15. CLEAVER BROOKS, INC. A DIVISION OF AQUA-CHEM, INC.
    3707 NORTH RICHARDS P.O. BOX 421
    MILWAUKEE WI 53201
16. COONEY BROTHERS
    1850 NORTH GRAVERS ROAD #100
    PLYMOUTH MEETING PA 19462
17. COPES VULCAN
    5620 WEST ROAD
    MCKEAN PA 16426
18. CRANE CO.
    100 FIRST STAMFORD PLACE
    STAMFORD CT 06902
19. DURO-DYNE
    81 SPENCE STREET
    BAY SHORE NY 11706
20. FOSTER WHEELER LLC
    P.O. BOX 4000
    CLINTON NJ 08809
21. GENERAL ELECTRIC COMPANY C/O CT CORPORATION SYSTEMS
    600 NORTH 2ND STREET, STE 401
    HARRISBURG PA 17101

22. GOODYEAR TIRE AND RUBBER CO.
    2711 CENTERVILLE ROAD SUITE 400
    WILMINGTON DE 19808
23. GOULDS ELECTRONICS INC.
    34929 CURTIS BLVD.
    EASTLAKE OH 44095
24. GOULDS PUMPS INC.
    270 FALL STREET
    SENECA FALLS NY 13148
25. GREENE, TWEED & COMPANY
    227 WEST TRADE STREET SUITE 2170
    CHARLOTTE NC 28202
26. GRINELL CORPORATION F/K/A ITT GRINELL
    600 NORTH 2ND STREET, STE 401
    HARRISBURG PA 17101
27. HOMASOTE
    932 LOWER FERRY ROAD
    TRENTON NJ 08628
28. IMO INDUSTRIES F/K/A DE LAVAL STEAM TURBINES CO
    1209 ORANGE STREET
    WILMINGTON DE 19801
29. INGERSOLL-RAND COMPANY
    ONE CENTENNIAL AVENUE
    PISCATAWAY NJ 08854
30. J.A. SEXAUER
    570 TAXTER ROAD SUITE 230
    ELMSFORD NY 10523
31. J.J. WHITE, INC.
    5500 BINGHAM STREET
    PHILADELPHIA PA 19120
32. JOHN CRANE INC.
    6400 OAKTON ROAD
    MORTON GROVE IL 60053
33. METROPOLITAN LIFE INSURANCE CO
    200 PARK AVENUE ROOM 3200
    NEW YORK NY 10166
34. MINNESOTA MINING AND MANUFACTURING
    3 M CENTER
    ST. PAUL MN 55144
35. OWENS ILLINOIS INC.
    LEGAL DEPARTMENT, PLAZA ONE ONE MICHAEL OWENS WAY
    PERRYSBURG OH 43551
36. SELBY BATTERSBY AND COMPANY N/K/A SB DECKING, INC.
    ONE LOGAN SQUARE 130 N. 18TH STREET, STE 1210
    PHILADELPHIA PA 19103
37. SQUARE D COMPANY
    200 N. MARTINGALE ROAD SUITE 100
    SCHAUMBURG IL 60173
38. VIAD CORPORATION F/K/A DIAL CORP.
    1850 N. CENTRAL AVE., STE 1900
    PHOENIX AZ 85004
39. WARREN PUMPS
    1209 ORANGE STREET
    WILMINGTON DE 19801
40. WEIL MCLAIN, A DIVISION OF THE MARLEY COMPANY
    500 BLAINE STREET
    MICHIGAN CITY IN 46360

PAUL, REICH & MYERS P.C.
Firm No. 99997
By: Robert E. Paul, Esquire
Identification No. 21252
Attorney for Plaintiff
1608 Walnut Street, Suite 500
Philadelphia, PA 19103
(215) 735-9200



THIS IS NOT AN ARBITRATION
MATTER.
ASSESSMENT OF DAMAGES by the
HEARING NOT REQUIRED Records
JURY TRIAL DEM.

IN THE COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY
TRIAL DIVISION: CIVIL SECTION

| | |
|---|---|
| TULLIO L. DELIBERALI<br>262 Knoll Drive<br>Blackwood, NJ 08012 | : MAY TERM, 2018<br>:<br>:<br>:<br>: |
| vs. | : NO.<br>: |
| A.W. CHESTERTON, INC. (127)<br>860 Salem Street<br>GROVELAND, MA 01834<br>(continued...) | :<br>:<br>: ASBESTOS CASE |

COMPLAINT -- CIVIL ACTION
2090 ASBESTOS

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP

    PHILADELPHIA BAR ASSOCIATION
    LAWYER REFERRAL AND INFORMATION SERVICE
    ONE READING CENTER
    PHILADELPHIA, PENNSYLVANIA 19107
    TELEPHONE: (215) 238-1701

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) días de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

    ASOCIACIÓN DE LICENCIADOS DE FILADELFIA
    SERVICIO DE REFERENCIA E INFORMACIÓN
    ONE READING CENTER
    FILADELFIA, PENNSYLVANIA 19107
    TELÉFONO: (215) 238-1701

Case ID: 180502400

ALLEN-BRADLEY COMPANY ()
CT Corporation Systems
8020 Excelsior Drive
Suite 200
MADISON, WI USA 53717

AMTICO ()
Division of American Biltrite
57 River Street
WELLSLEY HILLS, MA  02181

AURORA PUMP ()
c/o Lynette Jones
13515 Ballantyne Corporate Place
CHARLOTTE, NC  28277

Armstrong International ()
2081 Southeast Ocean Blvd.
4th Floor
STUART, FL  34996

BAYER CROPSCIENCE INC., as successor to (229)
Amchem Products,Inc.
2TW Alexander Drive
RESEARCH TRIANGLE PARK, NC  27709

BEAZER EAST (f/k/a Koppers) (440)
c/o Three Rivers Management
Manor Oak One, Suite 200
1910 Cochrane Road
PITTSBURGH, PA  15220

BF GOODRICH COMPANY ()
2730 W. Tyvola Road
CHARLOTTE, NC  28217-4543

BLACKMER PUMPS ()
1809 Century Avenue SW
GRAND RAPIDS, MI  49503

BUFFALO PUMPS, INC. ()
874 Oliver Street
NORTH TONAWANDA, NY  14120

BW/IP Inc. ()
c/o FLOW SERVICE CORPORATION

5215 N. O'Connor Blvd, Suite 2300
IRVING, TX 75039

CARRIER CORPORATION ()
1 Carrier Place
FARMINGTON, CT 06034

CBS Corporation, formerly Westinghouse Electric Corporation ()
c/o Prentice Hall
80 State Street
ALBANY, NY 12207

CLARK CONTROLLER CO. (396)
c/o GTE Products of Connecticut Corporation
600 Hidden Ridge
IRVING, TX 75038

CLEAVER-BROOKS, INC. (155)
A Division of Aqua-Chem, Inc.
3707 North Richards
P O Box 421
MILWAUKEE, WI 53201

COONEY BROTHERS (178)
1850 North Gravers Road
#100
PLYMOUTH MEETING, PA 19462

COPES VULCAN ()
5620 West Road
MCKEAN, PA 16426

CRANE CO. (11752)
100 First Stamford Place
STAMFORD, CT 06902

DURO-DYNE ()
81 Spence Street
BAY SHORE, NY 11706

FOSTER WHEELER, LLC (131)
PO Box 4000
CLINTON, NJ 08809

GENERAL ELECTRIC COMPANY (064)
c/o CT Corporation Systems

600 North 2nd Street
Suite 401
HARRISBURG, PA 17101

GOODYEAR TIRE AND RUBBER CO. ()
CORPORATION SERVICE CO.
2711 Centerville Road, Suite 400
WILMINGTON, DE 19808

GOULD ELECTRONICS, INC. ()
34929 Curtis Boulevard
EASTLAKE, OH 44095

GOULDS PUMPS INC. ()
270 Fall Street
SENECA FALLS, NY 13148

GREENE, TWEED & CO., INC. (132)
c/o Greene, Tweed NC, LLC
227 West Trade Street
Suite 2170
CHARLOTTE, NC 28202

GRINELL CORPORATION (191)
f/k/a ITT GRINELL
c/o CT Corporation Systems
600 North 2nd Street, Suite 401
HARRISBURG, PA 17101

HOMASOTE ()
932 Lower Ferry Road
TRENTON, NJ 08628

IMO INDUSTRIES, INC. ()
f/k/a De Laval Steam Turbine Company
The Corporation Trust Company
1209 Orange Street
WILMINGTON, DE 19801

INGERSOLL-RAND & CO. ()
Corporate Center
One Centennial Avenue
PISCATAWAY, NJ 08854

J.A. SEXAUER ()
570 Taxter Road

Suite 230
ELMSFORD, NY  10523

J.J. WHITE, INC. ()
5500 Bingham Street
PHILADELPHIA, PA  19120

JOHN CRANE, INC. (093)
6400 Oakton Road
MORTON GROVE, IL  60053

METROPOLITAN LIFE INSURANCE CO. ()
200 Park Avenue
Room 3200
NEW YORK, NY  10166

MINNESOTA MINING AND MANUFACTURING ()
3 M Center
ST. PAUL, MN  55144

OWENS-ILLINOIS, INC. (032)
Legal Department, Plaza One
c/o Mona Huffman
One Michael Owens Way
PERRYSBURG, OH  43551

SELBY BATTERSBY AND COMPANY (5786)
n/k/a SB DECKING, INC.
c/o Alan R. Gries, Esq.
GIBBONS, P.C.
One Logan Square
130 N. 18th Street, Suite 1210
Philadelphia, PA  19103

SQUARE D COMPANY (4399)
200 N. Martingale Road
Suite 100
SCHAUMBURG, IL  60173

VIAD CORPORATION ()
f/k/a Dial Corp.
1850 N Central Ave, Ste 1900
PHOENIX, AZ  85004

WARREN PUMPS LLC ()
Corporation Trust Center

1209 Orange Street
WILMINGTON, DE  19801

WEIL McLAIN, A Division of The Marley Company, A Wholly Owned Subsidiary of United
Dominion Industries, Inc. (163)
500 Blaine Street
MICHIGAN CITY, IN  46360

PAUL, REICH & MYERS P.C.
Firm No. 99997
By:  Robert E. Paul, Esquire
Identification No. 21252
Attorney for Plaintiff
1608 Walnut Street, Suite 500
Philadelphia, PA  19103
(215) 735-9200

THIS IS NOT AN ARBITRATION
MATTER.
ASSESSMENT OF DAMAGES
HEARING NOT REQUIRED.
JURY TRIAL DEMANDED.

IN THE COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY
TRIAL DIVISION: CIVIL SECTION

TULLIO L. DELIBERALI                      : MAY TERM, 2018
262 Knoll Drive                           :
Blackwood, NJ  08012                      :
                                          :
        vs.                               : NO.
                                          :
A.W. CHESTERTON, INC. (127), et al.       :
860 Salem Street                          :
GROVELAND, MA  01834                      :

COMPLAINT – CIVIL ACTION
ASBESTOS

1) Plaintiff, TULLIO L. DELIBERALI, resides at 262 Knoll Drive, BLACKWOOD, New

   Jersey, and is a citizen of the State of New Jersey.

2) Plaintiff, TULLIO L. DELIBERALI, was born on October 5, 1930.

3) Plaintiff, TULLIO L. DELIBERALI has no dependents.

4) Plaintiff, TULLIO L. DELIBERALI, has smoked approximately 1/2 - 3/4 pack(s) of

   cigarettes per day from 1955 until 2015.

5) Plaintiff's Social Security and IRS records will be furnished upon receipt.

6) Plaintiff's work history is as follows:

a) From 10/01/65 to 05/31/86 - Philadelphia Naval Shipyard as a mechanical engineer technician/hvac designer

b) From 07/01/58 to 09/30/65 - Philadelpha Naval Shipyard as a sheet metal mechanic

c) From 07/01/54 to 06/30/58 - Philadelphia Naval Shipyard (Phila ( PA) (Saratoga, Kitty Hawk) as a sheet metal apprentice

7) Plaintiff was exposed to asbestos at all sites set forth supra.

8) Plaintiff incorporates by reference against defendants all the allegations of all the Complaints filed in Joan Nealy, Executrix of the Estate of Harry Platt v. Abex Corporation, et al., Philadelphia C.P. May Term, 1985, No. 2678, Rafael and Cecilia Montero v. Abex Corporation, et al., Philadelphia C.P. July Term, 1986, No. 1216, and Richard and Suzanne Balbirer v. Abex Corporation, et al., Philadelphia C.P. July Term, 1986, No. 649, and Anna Tedeschi, Administratrix of the Estate of Cosmo Tedeschi v. Abex Corporation, et al., Philadelphia C.P. January Term, 1986, No. 1641, and in the Master Plaintiffs' Complaint filed and prepared pursuant to the Order establishing the Master Pleadings Procedure in the Court of Common Pleas as if fully set out herein.

9) All allegations against defendants named in this lawsuit which were made in the Complaints filed in the lawsuits annotated in Paragraph 8 above or in the Master Complaint are incorporated by reference.

10) The defendants are those companies listed in the caption. The principal places of business and the states of incorporation of each of the defendants are set out in the above-referenced filed master complaint or herein.

a)      Defendant, Allen-Bradley Company, is a Wisconsin corporation with its principal place of business at 1201 S. Second Street, Milwaukee, Wisconsin 53204.

Allen-Bradley is the successor in interest to the Rostone Corporation or sole shareholder of its creature and alter ego Rostone Corporation. It is responsible for all injuries caused by Rostone or by the Rostone Division of Allen-Bradley or its predecessors. The various Rostone entities sold Rosite and other asbestos containing products to Westinghouse Electric and other entities. These asbestos products caused the injuries complained of herein.

b)      Defendant, Amtico, Division of American Biltrite, is a Delaware Corporation with its principal place of business located at 57 River Street, Wellesley Hills, Massachusetts, 02181.

c)      At all times material defendant Aurora Pump or its predecessors in interest sold equipment or valves or both insulated with asbestos or designed to be insulated with asbestos.

d)      At all times materials Armstrong sold steam traps, air vents and liquid drainers which contained asbestos gaskets. Exposure to the asbestos in Armstrong steam traps, air vents and liquid drainers caused the injuries herein.

e)      Defendant, Beazer East, Inc. (f/k/a Koppers Industries, Koppers Company, Inc., and Koppers Company), is a Pennsylvania corporation with its principal place of business in Pennsylvania. At all times material it sold asbestos containing roofing and other asbestos products to which Plaintiff was exposed and which caused his injury.

f)      Defendant, BF Goodrich Company, is a New York corporation with its principal place of business located at 3925 Embassy Parkway, Akron, Ohio. At all times material it sold cement, gaskets and brake linings to which the injured person was exposed.

g)   At all times material Blackmer designed and made pumps intended to contain asbestos.  Exposure to asbestos on these pumps caused the injuries at issue herein.

h)   At all times Buffalo sold pumps and/or valves insulated with asbestos or designed to be insulated with asbestos. As a result of exposure to asbestos on Buffalo pumps the injured party suffered the injuries complained of herein.

i)   At all times material BW/IP Inc. is the successor in interest to Byron Jackson Pumps.  At all times material Byron Jackson designed its pumps to contain asbestos. Exposure to asbestos on the Byron Jackson Pumps was a substantial contributing factor to the injuries complained of herein.

j)   At all times material sold asbestos containing equipment. Exposure to asbestos on Carrier's equipment caused the injuries complained of herein.

k)   Defendant, Cleaver-Brooks, Inc., is a Delaware corporation with a principal place of business located in Lebanon, Pennsylvania. At all times material hereto Cleaver-Brooks, Inc. sold boilers which were designed or intended to be insulated with asbestos. Because the boilers failed to contain adequate and sufficient warnings of the possible hazards of asbestos, they were defective and the conduct of defendant in selling that those products without such warnings was negligent. Since asbestos insulation on the boilers had to be removed, it was dangerous and warnings should have been given.

l)   At all times material Copes sold equipment designed or intended to contain asbestos.  Exposure to asbestos from the Copes product caused the injuries complained of herein.

m)   Crane Company is a Delaware Corporation with its principal place of business in Connecticut. It is the successor in interest to its former parent, Crane Company, an

Illinois corporation, and liable for injuries due to exposure to the former Illinois Crane's asbestos products. At all times material to this action, Crane's predecessor sold Cranite sheet packing, packing for valves, braided asbestos, wick and rope packing, asbestocel, 85% magnesia, wool felt and other asbestos pipe insulation. Exposure to the asbestos dust from these products caused the injuries complained of herein.

n)     At all times material Duro-Dyne sold boilers and HVAC systems designed to include asbestos.

o)     Defendant, Goodyear Tire & Rubber Co., is a corporation organized and existing under the laws of the Commonwealth of Kentucky with its principal place of business in Kentucky and is doing business in the Commonwealth of Pennsylvania. At all times material hereto, defendant, Goodyear Tire & Rubber Co., manufactured, produced and sold asbestos products either directly or indirectly, in the geographical area in which plaintiffs worked and/or to the employers of the plaintiffs, including, but not limited to, asbestos brake linings.

p)     Defendant is a Delaware Corporation with its principal place of business in Arizona. At all times material defendant Gould Electronics or its predecessors manufactured, assembled sold or delivered asbestos containing electrical products or designed or intended its electrical products to contain or be covered by asbestos such as but not limited to Bulldog brand products containing or covered by asbestos. Exposure to asbestos from these products caused the injuries complained of herein.

q)     At all times, Gould Pumps sold asbestos products which caused the injuries complained of herein.

Case ID: 180502400

r)      Defendant, Greene, Tweed & Company, is a Pennsylvania corporation with its principal place of business located at Detweiler Road, Kulpsville, Pennsylvania.

s)      Defendant, Grinell Corporation, f/k/a ITT Grinell, is a Rhode Island corporation with its principal place of business located at 160 French Town Road, West Kingston, Rhode Island.

t)      At all times material hereto defendant Homasote sold asbestos containing Gypsum board either as an intended consistent or as a component in the vermiculite or Gypsum used in the manufacturers of its Gypsum board.

u)      Defendant, De Laval Steam Turbine Company is a Delaware corporation with its principal place of business located in New Jersey. At all times material it sold asbestos-containing turbines to which plaintiff was exposed.

v)      At all times material Ingersoll Rand sold products insulated with asbestos.

w)      Defendant, Sexauer J.A. Manufacturing Company is a California corporation with its principal place of business located at 105 Mayo Avenue, Vallejo, California. At all times material to this action it sold asbestos-containing products to which plaintiff or decedent was exposed. This exposure was a substantial contributing factor to the injury complained of herein.

x)      At all times material to this action defendant J.J. White hired boilermakers, pipefitters and other tradesmen who installed and otherwise removed or distributed asbestos in the vicinity of plaintiff or injured person causing the injuries complained of herein.

y)      Defendant, John Crane, Inc., formerly known as Crane Packing and John Crane-Houdaille, is a Delaware corporation with its principal place of business at 6400 Oakton Road, Morton Grove, Illinois.

z)      At all times material Metropolitan Life Insurance Company conspired with others to prevent dissemination of knowledge of the possible hazards of asbestos.

aa)     At all times material defendant Minnesota Mining and Manufacturing sold asbestos products which caused the injuries complained of herein including arc proofing tape and also sold defective respirators which did not prevent the injuries herein. It is also sued as a supplier of asbestos-containing body filler and other products for automobiles.

bb)     Defendant, Selby Battersby and Company, was a Pennsylvania corporation with its principal place of business at 5220 Whitby Avenue, Philadelphia, Pennsylvania, 19143 and at all times material it sold asbestos-containing spray and other asbestos-containing products to which Plaintiff was exposed.

cc)     Defendant, Square D Company, is a Delaware corporation with its principal place of business located at Executive Plaza, Palatine, Illinois. It negligently sold defective asbestos-containing wire, cable, arc chutes and other asbestos-containing products including, but not limited to, brakes to which plaintiff/decedent was exposed.

dd)     Defendant, Viad Corporation, is a Delaware corporation with its principal place of business in Arizona. It is the successor in interest to Baldwin Locomotive Baldwin-Lima-Hamilton and responsible for all injuries caused by exposure to asbestos products installed on Baldwin-Lima-Hamilton and which exposure caused the injuries complained of herein.

ee)     At all times material defendant Warren Pump and/or its predecessors in interest
such as Quimby sold equipment or valves or both insulated with asbestos or designed to
be insulated with asbestos.

11) During the course of his employment at the worksites noted in Paragraph 6 supra, plaintiff
believes and therefore avers that he was exposed to asbestos fiber or asbestos products
manufactured, sold, distributed, or otherwise placed into the stream of commerce by the
defendants. The term asbestos products as used herein includes asbestos-containing
products such as boilers and engines and furnaces and turbines. The term asbestos-
containing as used herein means products sold with asbestos or products whose designers,
manufacturers and fabricators knew, should or could have known that it would be insulated
or could be insulated with asbestos.

12) Plaintiff does not now know whether or not he was exposed to asbestos products at
worksites other than those enumerated in Paragraph 6 above, but he reserves his right to
assert at trial that he was so exposed at the other sites, should such evidence develop.
Plaintiff avers that should such evidence develop, he will promptly notify defendants well
in advance of trial.

13)     Plaintiff, Tullio L. Deliberali, was diagnosed as having contracted Lung Cancer as a
result of his asbestos exposure by Dr. Hong Guang Gao, M.D. on or about September 29,
2017 and such diagnosis was accompanied by discernible or ascertainable physical
symptoms and/or functional impairment and/or other detrimental effects as a result of the
exposure to asbestos. Plaintiff has developed symptoms due to his asbestos inhalations and
injuries.

14) Plaintiff pleads for all of the items of damages set forth in the Complaints filed in the cases

of Rafael Montero, supra, Richard Balbiret, supra and in the Master Complaint for all

asbestos cases in the Court of Common Pleas which Complaints are referenced in Paragraph

8 of this Complaint.

**WHEREFORE**, plaintiff demands of defendants a sum in excess of Fifty Thousand Dollars

($50,000.00), exclusive of interest and costs for compensatory damages, and a sum in

excess of Fifty Thousand Dollars ($50,000.00) in punitive damages.

PAUL, REICH & MYERS P.C., P.C.

BY: _____

ROBERT E. PAUL

Case ID: 180502400

## VERIFICATION

I hereby certify that I am a Plaintiff in the instant matter and the facts contained herein are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

Case ID: 180502400