IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)** | : : : | **CONSOLIDATED UNDER MDL 875** |
| TULLIO L. DELIBERALI | : : | |
| v. | : : | |
| ALLEN-BRADLEY COMPANY, et al. | : | CIVIL ACTION NO. 18-2682 |

## ORDER

AND NOW, this 25 day of October, 2019, upon consideration of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's motion to voluntarily dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a) is **GRANTED**; and

3. Plaintiff's claims against all defendants are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.